UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>FRANCY ALEXIS LOPEZ,<br><br>                              Defendant. | Case No.: 22CR1074-JLS<br>                   22CR10094-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING AND SUPERVISED RELEASE REVOCATION HEARING** |
|---|---|

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **October 14, 2022**; the hearing is **CONTINUED** to **Wednesday, November 2, 2022** at **10:30 a.m.**

The Supervised Release Revocation Hearing set for October 14, 2022 is also continued to Wednesday, November 2, 2022 at 10:30 a.m.

IT IS SO ORDERED.

Dated: October 12, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge